THOMAS FILLORAMO, Appellant, v. CARDER REALTY CORPORATION, Respondent. — Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [157 Misc. 662.]

HANOVER OPERATING CORPORATION, Respondent, v. IDEAL SIGN Co., INC., Defendant, Impleaded with ORANGE COUNTY THEATRES, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KURT STADE, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to modify the sentence to a fine of $500 or three months in the City Prison, as recommended by one of the trial justices.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NINE HUNDRED ONE SEVENTH AVENUE, INC., Appellant, v. WILLIAM STANLEY MILLER and Others, Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments in and for the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements, solely upon the ground that overvaluation was not established. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANTHONY GROVACK and CHRIST B. CAPICH, as Administrators, etc., of JOZE GRBAVAC, Deceased, Respondents, v. CARD REPAIR & SUPPLY CORPORATION, Appellant, Impleaded with Another.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM J. McDERMOTT, Respondent, v. MAURICE B. BLUMENTHAL, JR., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JEROME DALY, Respondent, v. MARY A. McMAHON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs, and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

· BEATRICE SHILLER and BEATRICE SHILLER, as Guardian ad Litem of JOSEPH SHILLER and JACOB SHILLER, Infants, Appellants, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOHN WALZER, Assignee of IRVING TRUST COMPANY, Trustee in Bankruptcy of OLIVIT BROS., INC., Respondent, v. MANUFACTURERS TRUST COMPANY, Appellant. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and dismiss the complaint. [160 Misc. 803.]